IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHARON KAY MAGNUSSON,

     Appellant,

v.

FLORIDA DEPARTMENT OF
REVENUE and MARILYN
BRETT-SHEFFIELD,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-120

Opinion filed August 10, 2017.

An appeal from a Final Order of the Department of Revenue.

Sharon Kay Magnusson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.


PER CURIAM.

     AFFIRMED.[*]

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.

_____

[*] We reject the concession of the Department of Revenue ("DOR") that its final administrative support order must be vacated because it was entered without jurisdiction. The Administrative Law Judge relinquished jurisdiction in the case to DOR on December 12, 2014, not on December 16, 2014, as DOR claims in its brief. Accordingly, DOR did have jurisdiction to enter the December 15, 2014, final administrative support order.